CONTINENTAL CASUALTY CO., American Casualty Co. of Reading, Pennsylvania, Transportation Insurance Co., et al., Plaintiffs–Appellants,

v.

STAFFING CONCEPTS, INC., Staffing Concepts Nat'l, Inc., Staffing Concepts Int'l, Inc., Ventures Resources Group, LLC, Defendants–Appellees.

No. 07–2475.

United States Court of Appeals, Seventh Circuit.

Argued Jan. 7, 2008.

Decided Jan. 11, 2008.

Kenneth M. Gorenberg, Wildman, Harrold, Allen & Dixon, Chicago, IL, for Plaintiffs–Appellants.

Jason H. Baruch, McIntyre, Deese, Baruch, Panzarella, Thanasides & Lynch, P.L., Tampa, FL, Peter G. Swan, Emalfarb, Swan & Bain, Highland Park, IL, for Defendants–Appellees.

Before Hon. RICHARD A. POSNER, Circuit Judge, Hon. ILANA DIAMOND ROVNER, Circuit Judge, Hon. DIANE P. WOOD, Circuit Judge.

## ORDER

The appeal is DISMISSED for want of appellate jurisdiction. See 9 U.S.C. § 16(a)(1)(A) & (B); *Middleby Corp. v. Hussmann Corp.*, 962 F.2d 614, 616 (7th Cir.1992) (barring appeal when an order denying a petition is "a delay incident to an orderly process"); *IDS Life Ins. Co. v.*

*SunAmerica, Inc.*, 103 F.3d 524, 526–27 (7th Cir.1996) (extending *Middleby* to denials of an order to arbitrate under 9 U.S.C. § 16(a)(1)(A)). An opinion will follow.